**Archie T. BOONE, Plaintiff–Appellant,**

v.

**William A. HALTER, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 01–1770.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 27, 2001.

Decided Jan. 15, 2002.

Michael B. Sosna, Perry, Anthony & Sosna, Rocky Mount, North Carolina, for Appellant. Benjamin H. White, United States Attorney, Stuart E. Schiffer, Acting Assistant Attorney General, Mary Ann Sloan, Regional Chief, Dennis R. Williams, Deputy Regional Chief, Nadine DeLuca Elder, Assistant Regional, Brian C. Huberty, Assistant Regional, Office of the General, Social Security Administration, Atlanta, Georgia, for Appellee.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Archie T. Boone appeals the district court's order upholding the denial of his application for disability benefits and supplemental security income. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. The ALJ did not abrogate his duty to advise Boone of the availability of representation.* Nor did the ALJ

---

* To the extent that the Commissioner failed to follow procedures set forth in his *Hearings, Appeals and Litigation Law Manual,* we find that Boone failed to show prejudice resulting from rigorous adherence to those procedures.

fail to assist Boone, a pro se claimant, in developing the record. Finally, substantial evidence supports the Commissioner's decision. Accordingly, we affirm on the reasoning of the district court. *See Boone v. Halter*, No. CA–99–857–1 (M.D.N.C. Apr. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*